**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00196-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. ROY BARNHART,

      Defendant.

---

**MINUTE ORDER**[1]

---

On **July 14, 2011**, commencing at 10:00 a.m., the court shall conduct a status hearing on the issue of competency.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

      Dated:  June 14, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.